■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SUDBRINK, Appellant. [842 NYS2d 735]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 12, 2006 (*People v Sudbrink,* 35 AD3d 635 [2006]), modifying an order of the County Court, Nassau County, dated October 28, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]) Prudenti, P.J., Schmidt, Dillon and Covello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY TUCKER, Appellant. [842 NYS2d 733]—Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered January 17, 2006, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant voluntarily, knowingly, and intelligently waived his right to appeal (*see People v Ramos,* 7 NY3d 737, 738 [2006]; *People v Lopez,* 6 NY3d 248, 256 [2006]; *People v Seaberg,* 74 NY2d 1, 10 [1989]). The defendant's valid waiver of his right to appeal forecloses appellate review of his challenges to the County Court's suppression determinations (*see People v Kemp,* 94 NY2d 831, 833 [1999]; *People v Higgs,* 37 AD3d 736 [2007], *lv denied* 9 NY3d 845 [2007]). Furthermore, the defendant's claim that he was deprived of his right to the effective assistance of counsel, where he does not allege that there was ineffective assistance in connection with his plea bargaining process, is not properly before this Court (*see People v Dixon,* 41 AD3d 861 [2007]; *People v Judy,* 21 AD3d 969 [2005]; *People v Demosthene,* 2 AD3d 874 [2003]; *People v Herring,* 274 AD2d 525, 526 [2000]; *People v Porter,* 268 AD2d 603 [2000]; *People v Holmes,* 268 AD2d 597, 598 [2000]). Rivera, J.P., Covello, Balkin and McCarthy, JJ., concur.